| | | | |
|---|---|---|---|
| Marquette County v. T. F. W.† | 2017AP000005 | 06–08–2017 | Affirmed |
| City of Sheboygan v. Van Akkeren | 2017AP000120 | 06–14–2017 | Affirmed |
| State v. F. J. R.† | 2017AP000558, 2017AP000559 | 06–13–2017 | Affirmed |

† Petition to review filed.